Certificate Number: 15317-NJ-DE-037239243

Bankruptcy Case Number: 23-11113



15317-NJ-DE-037239243

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 7, 2023</u>, at <u>9:41</u> o'clock <u>AM PST</u>, <u>Eugene P Finnegan</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>March 7, 2023</u>              By:   <u>/s/Madelyn Kotb</u>

                                             Name: <u>Madelyn Kotb</u>

                                             Title: <u>Counselor</u>