Certificate Number: 15317-NJ-DE-037239244

Bankruptcy Case Number: 23-11113



15317-NJ-DE-037239244

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 7, 2023</u>, at <u>9:41</u> o'clock <u>AM PST</u>, <u>Sharon E Finnegan</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  March 7, 2023               By:   /s/Madelyn Kotb

                                   Name: Madelyn Kotb

                                   Title: Counselor