53775
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for ACAR Leasing LTD
d/b/a GM Financial Leasing
JM5630_____

                                                                                              UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF
NEW JERSEY

IN RE:  EUGENE FINNEGAN                      CHAPTER: 13
              SHARON FINNEGAN

                                                  CASE NO: 23-11113 (CMG)


                                                 NOTICE OF APPEARANCE AND
REQUEST FOR ALL NOTICES, PLANS,
AND DISCLOSURE STATEMENTS

ACAR Leasing LTD d/b/a GM Financial Leasing hereby enters its appearance and the law firm of Morton & Craig LLC, pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for ACAR Leasing LTD d/b/a GM Financial Leasing with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

William E. Craig, Esquire
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
(856) 866-0100

ACAR Leasing LTD d/b/a GM Financial Leasing, pursuant to Fed R Bankr P 2002, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R. Bankr P 2002(I), that, but for this Request, would be provided

only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to ACAR Leasing LTD d/b/a GM Financial Leasing by due service upon its undersigned attorneys, Morton & Craig LLC, at the address stated above and also to it at the following address:

ACAR Leasing LTD d/b/a GM Financial Leasing
4000 Embarcadero Dr.
Arlington, Texas 76014

ACAR Leasing LTD d/b/a GM Financial Leasing, pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

                  /s/   William E. Craig
                  William E. Craig, Esquire
                  Attorney For ACAR Leasing LTD
                  d/b/a GM Financial Leasing

Dated: 3/24/23