53775

MORTON & CRAIG LLC
William E. Craig, Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: ACAR Leasing LTD
d/b/a GM Financial Leasing
JM-5630_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

|   |   |
|---|---|
| In re: | Case No. 23-11113(CMG) |
|   | Chapter 13 |
| EUGENE FINNEGAN | Hearing date: |
| SHARON FINNEGAN | **OBJECTION TO CONFIRMATION** |

ACAR Leasing LTD d/b/a GM Financial Leasing objects to the Debtor's Chapter 13 Plan for the following reasons:

a. The Debtors fail to assume the Lease for the **2023 Chevrolet Equinox**. The Plan must call for the assumption of the Lease. Presently, the lease is rejected in the Plan. If the Lease is not assumed, at confirmation, the stay will lift automatically in accordance with §365(p)(3). Pre-petition arrears, if any, must be cured through the Plan within 6 months of filing as an administrative priority expense, and the Plan should so provide. Post-petition payments must be

53775

paid directly to GM Financial Leasing in accordance with
the terms of the Lease.

/s/ William E. Craig
William E. Craig, attorney for
ACAR Leasing LTD
d/b/a GM Financial Leasing

Dated:   3/24/23