| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1** |
| **STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Toyota Motor Credit Corporation*<br>*as servicer for Toyota Lease Trust* |

In re:

Eugene Finnegan
Sharon Finnegan

Debtors.

Chapter: 13

Case No.: 23-11113-CMG

Hearing Date: April 19, 2023

Judge Christine M. Gravelle

## CERTIFICATION OF CONSENT REGARDING CONSENT ORDER

I certify that with respect to the Consent Order Resolving Objection to Confirmation of Plan ("Consent Order") submitted to the Court by Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("Creditor") and the Debtor, the following conditions have been met:

(a)  The terms of the Consent Order are identical to those set forth in the original consent order;

(b)  The signatures represented by the /s/_____ on the Consent Order reference the signatures of consenting parties obtained on the original Consent Order;

(c)  I will retain the original Consent Order for a period of 7 years from the date of closing of the case or adversary proceeding.

(d)  I will make the original Consent Order available for inspection on request of the Court or any party in interest; and

(e) I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P 9011.

                                         Stewart Legal Group, P.L.
                                         Attorney for Toyota Motor Credit Corporation as servicer for Toyota Lease Trust

Dated: March 31, 2023                By: */s/Gavin N. Stewart*
                                                Gavin N. Stewart, Esq.