| |
|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J.LBR 9004-1** |
| **STEWART LEGAL GROUP, P.L**. *Formed in the State of Florida* Gavin N. Stewart, Esq. *Of Counsel to Bonial & Associates, P.C.* 401 East Jackson Street, Suite 2340 Tampa, FL 33602 Tel: 813-371-1231/Fax: 813-371-1232 E-mail: gavin@stewartlegalgroup.com *Attorney for Toyota Motor Credit Corporation as servicer for Toyota Lease Trust* |
| In re: Eugene Finnegan Sharon Finnegan Debtors. |

Order Filed on April 3, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter: 13

Case No.: 23-11113-CMG

Hearing Date: April 19, 2023

Judge Christine M. Gravelle

**CONSENT ORDER RESOLVING
LIMITED OBJECTION TO CONFIRMATION OF PLAN**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 3, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtors: Eugene Finnegan and Sharon Finnegan
Case No.: 23-11113-CMG
Caption of Order: **CONSENT ORDER RESOLVING LIMITED OBJECTION TO CONFIRMATION**

THIS MATTER having been opened to the Court upon the Limited Objection to Confirmation of Plan ("Objection") filed by Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is **ORDERED:**

1. Creditor's Proof of Claim Number 7-1 with respect to the lien on the 2021 Lexus RX350L, VIN: JTJHZKFA0M2034113 is deemed unaffected by this bankruptcy case.

2. This Order resolves the Objection.

**STIPULATED AND AGREED**:

/s/ Brian L. Hoffman
Brian L. Hoffman, Esq.
Hoffman & Hoffman
99 Highway 35
Keyport, NJ 07735
*Counsel to Debtor*

*/s/ Gavin N. Stewart*
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602
*Counsel to Creditor*