Order Filed on April 3, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| --- |
| **Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Toyota Motor Credit Corporation*<br>*as servicer for Toyota Lease Trust* |

| In re:<br><br>Eugene Finnegan<br>Sharon Finnegan<br><br><div align=right>Debtors.</div> |
| --- |

Chapter: 13

Case No.: 23-11113-CMG

Hearing Date: April 19, 2023

Judge Christine M. Gravelle

**CONSENT ORDER RESOLVING**
**LIMITED OBJECTION TO CONFIRMATION OF PLAN**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 3, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtors:              Eugene Finnegan and Sharon Finnegan
Case No.:             23-11113-CMG
Caption of Order:     **CONSENT ORDER RESOLVING LIMITED OBJECTION TO CONFIRMATION**

THIS MATTER having been opened to the Court upon the Limited Objection to Confirmation of Plan ("Objection") filed by Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is **ORDERED:**

1.      Creditor's Proof of Claim Number 7-1 with respect to the lien on the 2021 Lexus RX350L, VIN: JTJHZKFA0M2034113 is deemed unaffected by this bankruptcy case.

2.      This Order resolves the Objection.

**STIPULATED AND AGREED**:


 /s/ Brian L. Hoffman                        /s/ Gavin N. Stewart
_____              _____
Brian L. Hoffman, Esq.                       Gavin N. Stewart, Esq.
Hoffman & Hoffman                            Stewart Legal Group, P.L.
99 Highway 35                                401 East Jackson Street, Suite 2340
Keyport, NJ 07735                            Tampa, FL 33602
*Counsel to Debtor*                          *Counsel to Creditor*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                       Case No. 23-11113-CMG

Eugene Finnegan                                                                   Chapter 13

Sharon Finnegan

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 03, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+                         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2023:**

**Recip ID                    Recipient Name and Address**
db/jdb                    + Eugene Finnegan, Sharon Finnegan, 16 Concord Drive, Hazlet, NJ 07730-2431

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2023                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | |
| | docs@russotrustee.com |
| Brian L. Hoffman | |
| | on behalf of Joint Debtor Sharon Finnegan brian@hoffman-hoffman.net |
| | info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com |
| Brian L. Hoffman | |
| | on behalf of Debtor Eugene Finnegan brian@hoffman-hoffman.net |
| | info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com |
| Denise E. Carlon | |
| | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | |
| | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |

District/off: 0312-3

Date Rcvd: Apr 03, 2023

User: admin

Form ID: pdf903

Page 2 of 2

Total Noticed: 1

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com mortoncraigecf@gmail.com

TOTAL: 7