Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11113−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eugene Finnegan
16 Concord Drive
Hazlet, NJ 07730

Sharon Finnegan
16 Concord Drive
Hazlet, NJ 07730

Social Security No.:
xxx−xx−2393

xxx−xx−6600

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 24, 2023.

Dated: May 24, 2023
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11113-CMG |
| Eugene Finnegan | Chapter 13 |
| Sharon Finnegan | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 3 |
| Date Rcvd: May 24, 2023 | Form ID: plncf13 | Total Noticed: 43 |

The following symbols are used throughout this certificate:
**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eugene Finnegan, Sharon Finnegan, 16 Concord Drive, Hazlet, NJ 07730-2431 |
| cr | + | Toyota Motor Credit Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 519834778 | | Achieve Personal Loans, PO Box 2340, Phoenix, AZ 85002-2340 |
| 519834781 | | Aqua Finance - Bank Program, PO Box 83184, Chicago, IL 60691-0184 |
| 519834789 | + | Hackensack Meridian Health, PO Box 8505, Coral Springs, FL 33075-8505 |
| 519834795 | | Premier Medical, PLLC, PO Box 141296, Staten Island, NY 10314-1296 |
| 519834796 | | Stand-Up MRI of Staten Island PC, PO Box 127, Farmingdale, NY 11735-0127 |
| 519834797 | | Staten Island University Hospital, PO Box 29772, New York, NY 10087-9772 |
| 519834798 | | Suying Song, 212 Garretson Avenue, Staten Island, NY 10305-1234 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 24 2023 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 24 2023 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 24 2023 20:59:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 519838630 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 24 2023 20:59:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519834779 | ^ | MEBN | May 24 2023 20:57:36 | Advanced Dermatology, c/o Debt Recovery Solutions, 6800 Jericho Turnpike, Suite 113E, Syosset, NY 11791-4401 |
| 519834782 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2023 21:13:50 | Best Buy Credit Services, PO Box 70601, Philadelphia, PA 19176-0601 |
| 519834784 | | Email/Text: bnc-capio@quantum3group.com | May 24 2023 20:59:00 | CF Medical LLC, c/o Capio Partners LLC, Dept. 0225, PO Box 120225, Dallas, TX 75312-0225 |
| 519834783 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 24 2023 21:13:14 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519863819 | + | Email/PDF: ebn_ais@aisinfo.com | May 24 2023 21:13:02 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519834785 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2023 21:13:14 | Citi Cards, PO Box 790046, Saint Louis, MO 63179-0046 |
| 519882118 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 24 2023 21:24:13 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519834787 | + | Email/PDF: creditonebknotifications@resurgent.com | | |

| | | | | |
|---|---|---|---|---|
| | | | May 24 2023 21:24:17 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519834788 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | May 24 2023 20:59:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 519865450 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2023 21:13:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519896832 | ^ | MEBN | May 24 2023 20:57:17 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519834790 | + | Email/Text: Documentfiling@lciinc.com | May 24 2023 20:59:00 | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 519890349 | + | Email/Text: Documentfiling@lciinc.com | May 24 2023 20:59:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519834791 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | May 24 2023 20:59:00 | Lexus Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 519834792 | | Email/Text: camanagement@mtb.com | May 24 2023 20:59:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 519844365 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 24 2023 21:00:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519834793 | + | Email/Text: ext_ebn_inbox@navyfederal.org | May 24 2023 21:00:00 | Navy Federal Credit Union, PO Box 3500, Merrifield, VA 22119-3500 |
| 519834794 | + | Email/Text: Bankruptcy@arstrat.com | May 24 2023 20:59:00 | North Shore-LIJ Medical Group, c/o Arstrat, 14141 Southwest FWY STE 300, Sugar Land, TX 77478-4630 |
| 519913136 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2023 21:13:16 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519913137 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 24 2023 21:24:26 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519851025 | | Email/Text: bnc-quantum@quantum3group.com | May 24 2023 20:59:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519851934 | + | Email/Text: bankruptcy@avadynehealth.com | May 24 2023 20:59:00 | STATEN ISLAND UNIVERSITY HOSP, C/O H AND R ACCOUNTS INC, PO BOX 672, MOLINE, IL 61266-0672 |
| 519896094 | + | Email/PDF: ebn_ais@aisinfo.com | May 24 2023 21:13:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519835449 | + | Email/PDF: gecsedi@recoverycorp.com | May 24 2023 21:12:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519834799 | | Email/PDF: gecsedi@recoverycorp.com | May 24 2023 21:36:12 | Synchrony Bank Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 519834800 | + | Email/PDF: gecsedi@recoverycorp.com | May 24 2023 21:24:27 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 519834801 | + | Email/PDF: gecsedi@recoverycorp.com | May 24 2023 21:13:24 | Synchrony Bank/JCP, PO Box 965064, Orlando, FL 32896-5064 |
| 519834803 | + | Email/PDF: gecsedi@recoverycorp.com | May 24 2023 21:24:02 | TJX Rewards/ Syncb, PO Box 530949, Atlanta, GA 30353-0949 |
| 519834802 | + | Email/Text: bncmail@w-legal.com | May 24 2023 20:59:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 519860800 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | May 24 2023 20:59:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

Case 23-11113-CMG   Doc 31   Filed 05/26/23   Entered 05/27/23 00:18:03   Desc Imaged
Certificate of Notice   Page 4 of 4

District/off: 0312-3 | User: admin | Page 3 of 3
Date Rcvd: May 24, 2023 | Form ID: plncf13 | Total Noticed: 43
TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519844342 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519834780 | *+ | Advanced Dermatology, c/o Debt Recovery Solutions, 6800 Jericho Turnpike, Suite 113E, Syosset, NY 11791-4401 |
| 519834786 | * | Citi Cards, PO Box 790046, Saint Louis, MO 63179-0046 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2023            Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian L. Hoffman | on behalf of Joint Debtor Sharon Finnegan brian@hoffman-hoffman.net info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com |
| Brian L. Hoffman | on behalf of Debtor Eugene Finnegan brian@hoffman-hoffman.net info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com |

TOTAL: 7