UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

53775
Morton & Craig LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorneys ACAR Leasing LTD d/b/a GM Financial Leasing

In Re:

EUGENE FINNEGAN
SHARON FINNEGAN

Order Filed on June 9, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 23-11113 (CMG)

Adv. No.:

Hearing Date: 5-17-2023

Judge: CMG

## ORDER FOR LEASE ASSUMPTION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 9, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Eugene and Sharon Finnegan / 53775
23-11113 (CMG)
Order Providing Lease Assumption

This matter having been brought on before this Court on objection to confirmation filed by William E. Craig, Esq, attorney for ACAR Leasing LTD d/b/a GM Financial Leasing, and this order have been submitted to the court under the seven-day rule with no objections received as to the form or entry of same, and for good cause shown;

**ORDERED**:

1. That ACAR Leasing LTD d/b/a GM Financial Leasing is the owner and lessor of a 2023 Chevrolet Equinox bearing serial number 3GNAXUEGXPL118896, which vehicle has been leased by the debtors. The debtors have assumed this lease.  Having assumed the lease, the debtors shall abide by all terms, covenants and conditions of the lease.

2. The debtors shall pay all lease payments directly to ACAR Leasing LTD d/b/a GM Financial Leasing when those payments fall due under the lease.

3. At the conclusion of the lease, the debtors shall either immediately purchase the vehicle or surrender it.  If the debtors fail to purchase the vehicle, ACAR Leasing LTD d/b/a GM Financial Leasing shall be permitted to immediately repossess and sell same in accordance with the terms of the lease without any application to this court.  This paragraph shall be self executing in nature.