UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

53775
Morton & Craig LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorneys ACAR Leasing LTD d/b/a GM Financial Leasing

Order Filed on June 9, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

EUGENE FINNEGAN
SHARON FINNEGAN

Case No.: 23-11113 (CMG)

Adv. No.:

Hearing Date: 5-17-2023

Judge: CMG

## ORDER FOR LEASE ASSUMPTION

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 9, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Eugene and Sharon Finnegan / 53775
23-11113 (CMG)
Order Providing Lease Assumption

This matter having been brought on before this Court on objection to confirmation filed by William E. Craig, Esq, attorney for ACAR Leasing LTD d/b/a GM Financial Leasing, and this order have been submitted to the court under the seven-day rule with no objections received as to the form or entry of same, and for good cause shown;

**ORDERED**:

1. That ACAR Leasing LTD d/b/a GM Financial Leasing is the owner and lessor of a 2023 Chevrolet Equinox bearing serial number 3GNAXUEGXPL118896, which vehicle has been leased by the debtors. The debtors have assumed this lease. Having assumed the lease, the debtors shall abide by all terms, covenants and conditions of the lease.

2. The debtors shall pay all lease payments directly to ACAR Leasing LTD d/b/a GM Financial Leasing when those payments fall due under the lease.

3. At the conclusion of the lease, the debtors shall either immediately purchase the vehicle or surrender it. If the debtors fail to purchase the vehicle, ACAR Leasing LTD d/b/a GM Financial Leasing shall be permitted to immediately repossess and sell same in accordance with the terms of the lease without any application to this court. This paragraph shall be self executing in nature.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-11113-CMG

Eugene Finnegan  Chapter 13

Sharon Finnegan

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 09, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eugene Finnegan, Sharon Finnegan, 16 Concord Drive, Hazlet, NJ 07730-2431 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2023    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian L. Hoffman | on behalf of Joint Debtor Sharon Finnegan brian@hoffman-hoffman.net info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com |
| Brian L. Hoffman | on behalf of Debtor Eugene Finnegan brian@hoffman-hoffman.net info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 09, 2023 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 7