| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-11113 / CMG**

Eugene Finnegan
Sharon Finnegan

Petition Filed Date: 02/10/2023
341 Hearing Date: 03/09/2023
Confirmation Date: 05/17/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/08/2023 | $1,000.00 | 90428590 | 04/04/2023 | $1,000.00 | 90945220 | 05/02/2023 | $1,000.00 | 91463910 |
| 06/05/2023 | $1,425.00 | 92028570 | 07/03/2023 | $1,425.00 | 92554080 | 08/02/2023 | $1,425.00 | 93070660 |
| 09/05/2023 | $1,425.00 | 93627800 | 10/11/2023 | $1,425.00 | | 11/13/2023 | $1,425.00 | |
| 12/11/2023 | $1,425.00 | | 01/10/2024 | $1,425.00 | | | | |

**Total Receipts for the Period: $14,400.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $14,400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Eugene Finnegan | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Brian L. Hoffman, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $1,563.00 | $1,563.00 | $0.00 |
| 1 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>»» 2023 CHEVROLET EQUINOX/LEASE ASSUMED ORDER 6/9/23 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | NAVY FEDERAL CREDIT UNION | Unsecured Creditors | $9,026.54 | $0.00 | $9,026.54 |
| 3 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BAYSHORE MEDICAL CENTER | Unsecured Creditors | $996.00 | $0.00 | $996.00 |
| 4 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BAYSHORE MEDICAL CENTER | Unsecured Creditors | $1,539.00 | $0.00 | $1,539.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» BAYSHORE MEDICAL CENTER | Unsecured Creditors | $1,539.00 | $0.00 | $1,539.00 |
| 6 | STATEN ISLAND UNIVERSITY HOSPITAL | Unsecured Creditors | $50.00 | $0.00 | $50.00 |
| 7 | TOYOTA LEASE TRUST<br>»» LEASE 2021 LEXUS/ORDER 4/3/23 | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $9,531.82 | $0.00 | $9,531.82 |
| 9 | LVNV FUNDING LLC<br>»» SYNCHRONY/JCP | Unsecured Creditors | $225.67 | $0.00 | $225.67 |
| 10 | LVNV FUNDING LLC<br>»» SYNCHRONY/LOWES | Unsecured Creditors | $6,134.44 | $0.00 | $6,134.44 |
| 11 | LVNV FUNDING LLC<br>»» SYNCHRONY/AMAZON | Unsecured Creditors | $1,400.54 | $0.00 | $1,400.54 |
| 12 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,989.00 | $0.00 | $1,989.00 |

| | | | | | |
|---|---|---|---|---|---|
| 13 | CITIBANK, N.A.<br>»» MY BEST BUY VISA PLATNUM | Unsecured Creditors | $4,915.86 | $0.00 | $4,915.86 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LENDINGCLUB | Unsecured Creditors | $4,174.10 | $0.00 | $4,174.10 |
| 15 | LVNV FUNDING LLC<br>»» CITIBANK/COSTCO | Unsecured Creditors | $3,086.88 | $0.00 | $3,086.88 |
| 16 | LVNV FUNDING LLC<br>»» CITIBANK/COSTCO | Unsecured Creditors | $5,379.30 | $0.00 | $5,379.30 |
| 17 | SYNCHRONY BANK<br>»» LOWE'S | Unsecured Creditors | $1,045.07 | $0.00 | $1,045.07 |
| 18 | SYNCHRONY BANK<br>»» TJX REWARDS MC | Unsecured Creditors | $76.86 | $0.00 | $76.86 |
| 19 | LAKEVIEW LOAN SERVICING, LLC<br>»» P/16 CONCORD DR/1ST MTG | Mortgage Arrears | $34,115.58 | $9,124.04 | $24,991.54 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,400.00 | Plan Balance: | $69,825.00 ** |
| Paid to Claims: | $10,687.04 | Current Monthly Payment: | $1,425.00 |
| Paid to Trustee: | $1,099.52 | Arrearages: | $0.00 |
| Funds on Hand: | $2,613.44 | Total Plan Base: | $84,225.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.