**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HOFFMAN & HOFFMAN
Brian L. Hoffman, Esq. 99 Highway 35
Keyport, NJ 07735
(732) 264-1956
brian@hoffman-hoffman.net

In Re:

Eugene Finnegan and Sharon Finnegan

Case No.: 23-11113
Chapter: 13
Adv. No.:
Hearing Date: 8/7/24
Judge: CMG

## CERTIFICATION OF SERVICE

1. I, Brian L. Hoffman :

    ☒ represent the debtors in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On July 11, 2024, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Notice of Proposed Private Sale, Motion to Approve Sale of Real property, Applications for retention of professionals for real estate agents and attorney, Certification of debtors in support of Motion with exhibits, Certifications of Professionals in Support of Applications, Proposed Forms of Orders, Application for Order shortening Time Period for Notice

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 7/11/24

/s/ Brian L. Hoffman
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Albert Russo<br>CN 4853<br>Trenton, NJ 08650 | Standing Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119 | General unsecured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Quantum3 Group LLC as agent for CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 | General unsecured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| STATEN ISLAND UNIVERSITY HOSP<br>C/O H AND R ACCOUNTS INC<br>PO BOX 672<br>MOLINE, IL 61265-672 | General unsecured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital One N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | General unsecured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | General unsecured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD 57108-5027 | General unsecured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | General unsecured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Synchrony Bank<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | General unsecured creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lakeview Loan Servicing, LLC<br>c/o M&T Bank<br>P.O. Box 840<br>Buffalo, NY 14240-0840 | Secured mortgage lender | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other CM/ECF<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*