UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Eugene Finnegan and Sharon Finnegan

Case No.: 23-11113
Chapter: 13
Judge: CMG

## NOTICE OF PROPOSED PRIVATE SALE

gene Finnegan and Sharon Finne , _____debtors_____, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608
Phone (609) 858-9333

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on August 7, 2024 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 3, 402 East State Street Trenton, NJ 08608. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 16 Concord Drive, Hazlet, NJ 07730

Proposed Purchaser: Douglas Chudzik and Kimberly Chudzik

Sale price: $778,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Larissa Colangelo/Richard Lello/Brian L. Hoffman, Esq.
Amount to be paid: 2% sale price + $150/2% sale price - $150/$3,000
Services rendered: Selling broker/Buyer broker/real estate attorney

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Brian L. Hoffman, Esq.

Address: 99 Highway 35, Keyport, NJ 07735

Telephone No.: 732-264-1956

*rev.8/1/15*