UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Eugene Finnegan and Sharon Finnegan

Case No.: 23-11113
Chapter: 13
Judge: CMG

## AMENDED NOTICE OF PROPOSED PRIVATE SALE

Eugene Finnegan and Sharon Finnegan, __debtors__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608
Phone (609) 858-9333

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __August 7, 2024__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 East State Street Trenton, NJ 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 16 Concord Drive, Hazlet, NJ 07730

Proposed Purchaser: Douglas Chudzik and Kimberly Chudzik

Sale price: $778,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Larissa Colangelo/Richard Lello/Brian L. Hoffman, Esq.
Amount to be paid: 2% sale price + $150/2% sale price - $150/$2,500
Services rendered: Selling broker/Buyer broker/real estate attorney

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Brian L. Hoffman, Esq.

Address: 99 Highway 35, Keyport, NJ 07735

Telephone No.: 732-264-1956

*rev.8/1/15*