**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

HOFFMAN & HOFFMAN
Brian L. Hoffman, Esq. 99 Highway 35
Keyport, NJ 07735
(732) 264-1956
brian@hoffman-hoffman.net

In Re:

Eugene and Sharon Finnegan

Case No.: 23-11113

Chapter: 13

Hearing Date: 8/7/24

Judge: CMG

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled     ☒ Withdrawn

Matter: Withdraw docket entry #37

Date: 7/18/24                          /s/ Brian L. Hoffman
                                       Signature

*rev.8/1/15*