UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re:<br>Eugene Finnegan and Sharon Finnegan | Case No.: 23-11113<br>Chapter: 13<br>Judge: CMG |

## AMENDED NOTICE OF PROPOSED PRIVATE SALE

Eugene Finnegan and Sharon Finnegan, __debtors__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608
Phone (609) 858-9333

If an objection is filed, a hearing will be held before the Honorable __Christine M. Gravelle__ on __August 7, 2024__ at __9:00__ a.m. at the United States Bankruptcy Court, courtroom no. __3__, __402 East State Street Trenton, NJ 08608__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: 16 Concord Drive, Hazlet, NJ 07730

Proposed Purchaser: Douglas Chudzik and Kimberly Chudzik

Sale price: $778,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Larissa Colangelo/Richard Lello/Brian L. Hoffman, Esq.
Amount to be paid: 2% sale price + $150/2% sale price - $150/$2,500
Services rendered: Selling broker/Buyer broker/real estate attorney

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Brian L. Hoffman, Esq.

Address: 99 Highway 35, Keyport, NJ 07735

Telephone No.: 732-264-1956

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                  Case No. 23-11113-CMG

Eugene Finnegan                                                                                          Chapter 13

Sharon Finnegan

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3

Date Rcvd: Jul 17, 2024      Form ID: pdf905      Total Noticed: 46

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eugene Finnegan, Sharon Finnegan, 16 Concord Drive, Hazlet, NJ 07730-2431 |
| aty | + | Brian L Hoffman, Hoffman & Hoffman, 99 Highway 35, Keyport, NJ 07735-6111 |
| r | | Larissa Colangelo, RE MAX Realty 9, 4043 US-9, Howell Township, NJ 07731 |
| r | + | Richard Lello, Heritage House Sotheby's Intl. Realty, 1020 Highway 35, Middletown, NJ 07748-2604 |
| 519834778 | | Achieve Personal Loans, PO Box 2340, Phoenix, AZ 85002-2340 |
| 519834781 | | Aqua Finance - Bank Program, PO Box 83184, Chicago, IL 60691-0184 |
| 519834795 | | Premier Medical, PLLC, PO Box 141296, Staten Island, NY 10314-1296 |
| 519834796 | | Stand-Up MRI of Staten Island PC, PO Box 127, Farmingdale, NY 11735-0127 |
| 519834797 | | Staten Island University Hospital, PO Box 29772, New York, NY 10087-9772 |
| 519834798 | | Suying Song, 212 Garretson Avenue, Staten Island, NY 10305-1234 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 17 2024 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 17 2024 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 17 2024 20:48:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | ^ | MEBN | Jul 17 2024 20:37:44 | Toyota Motor Credit Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 519838630 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 17 2024 20:48:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519834779 | ^ | MEBN | Jul 17 2024 20:36:08 | Advanced Dermatology, c/o Debt Recovery Solutions, 6800 Jericho Turnpike, Suite 113E, Syosset, NY 11791-4401 |
| 519834782 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2024 20:45:42 | Best Buy Credit Services, PO Box 70601, Philadelphia, PA 19176-0601 |
| 519834784 | | Email/Text: bnc-capio@quantum3group.com | Jul 17 2024 20:48:00 | CF Medical LLC, c/o Capio Partners LLC, Dept. 0225, PO Box 120225, Dallas, TX 75312-0225 |
| 519834783 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 17 2024 20:57:20 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519863819 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 17 2024 20:57:26 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519834785 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 17 2024 20:57:38 | Citi Cards, PO Box 790046, Saint Louis, MO 63179-0046 |

Case 23-11113-CMG    Doc 59    Filed 07/19/24    Entered 07/20/24 00:15:12    Desc Imaged
                               Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 17, 2024 | Form ID: pdf905 | Total Noticed: 46 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519882118 | | Email/PDF: Citi.BNC.Correspondence@citi.com Jul 17 2024 20:45:40 | | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519834787 | + | Email/PDF: creditonebknotifications@resurgent.com Jul 17 2024 20:45:42 | | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519834788 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Jul 17 2024 20:48:00 | | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 519834789 | ^ | MEBN Jul 17 2024 20:36:40 | | Hackensack Meridian Health, PO Box 8505, Coral Springs, FL 33075-8505 |
| 519865450 | | Email/PDF: resurgentbknotifications@resurgent.com Jul 17 2024 20:57:17 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519896832 | ^ | MEBN Jul 17 2024 20:36:26 | | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519834790 | + | Email/Text: Documentfiling@lciinc.com Jul 17 2024 20:47:00 | | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 519890349 | + | Email/Text: Documentfiling@lciinc.com Jul 17 2024 20:47:00 | | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519834791 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com Jul 17 2024 20:48:00 | | Lexus Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 519834792 | | Email/Text: camanagement@mtb.com Jul 17 2024 20:48:00 | | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 519844365 | + | Email/Text: ext_ebn_inbox@navyfederal.org Jul 17 2024 20:48:00 | | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519834793 | + | Email/Text: ext_ebn_inbox@navyfederal.org Jul 17 2024 20:48:00 | | Navy Federal Credit Union, PO Box 3500, Merrifield, VA 22119-3500 |
| 519834794 | + | Email/Text: Bankruptcy@arstrat.com Jul 17 2024 20:48:00 | | North Shore-LIJ Medical Group, c/o Arstrat, 14141 Southwest FWY STE 300, Sugar Land, TX 77478-4630 |
| 519913136 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2024 20:46:57 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519913137 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 17 2024 20:46:58 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519851025 | | Email/Text: bnc-quantum@quantum3group.com Jul 17 2024 20:48:00 | | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519851934 | + | Email/Text: bankruptcy@avadynehealth.com Jul 17 2024 20:48:00 | | STATEN ISLAND UNIVERSITY HOSP, C/O H AND R ACCOUNTS INC, PO BOX 672, MOLINE, IL 61266-0672 |
| 519896094 | + | Email/PDF: ebn_ais@aisinfo.com Jul 17 2024 20:47:03 | | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519835449 | ^ | MEBN Jul 17 2024 20:38:48 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519834799 | | Email/PDF: ais.sync.ebn@aisinfo.com Jul 17 2024 20:57:38 | | Synchrony Bank Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 519834800 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 17 2024 20:45:32 | | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 519834801 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 17 2024 20:46:53 | | Synchrony Bank/JCP, PO Box 965064, Orlando, FL 32896-5064 |
| 519834803 | + | Email/PDF: ais.sync.ebn@aisinfo.com Jul 17 2024 20:45:42 | | TJX Rewards/ Syncb, PO Box 530949, Atlanta, GA 30353-0949 |
| 519834802 | + | Email/Text: bncmail@w-legal.com | | |

| | | Jul 17 2024 20:48:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
|---|---|---|---|
| 519860800 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jul 17 2024 20:47:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519844342 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519834780 | *+ | Advanced Dermatology, c/o Debt Recovery Solutions, 6800 Jericho Turnpike, Suite 113E, Syosset, NY 11791-4401 |
| 519834786 | * | Citi Cards, PO Box 790046, Saint Louis, MO 63179-0046 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2024   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian L. Hoffman | on behalf of Joint Debtor Sharon Finnegan brian@hoffman-hoffman.net info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com |
| Brian L. Hoffman | on behalf of Debtor Eugene Finnegan brian@hoffman-hoffman.net info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 7