UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on July 24, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

 Eugene Finnegan and Sharon Finnegan

Case No.: _____ 23-11113-CMG _____

Chapter: _____ 13 _____

Judge: _____ Christine M. Gravelle _____

**ORDER SHORTENING TIME PERIOD FOR NOTICE,
SETTING HEARING AND LIMITING NOTICE**

 The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

**DATED: July 24, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the application of __Brian L. Hoffman on behalf of the Debtors__ for the reduction of

time for a hearing on __Motion re: To Buy Real Property__

_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____ August 7, 2024 _____ at _9:00AM_ in

the United States Bankruptcy Court, _____ U.S.B.C. 402 East State Street, Trenton, NJ 08608 _____,

Courtroom No. ___3___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties:

Chapter 13 Trustee, Mortgage Lender, Secured Creditors
_____

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

Unsecured Creditors
_____

_____

by ☒ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☒ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

☐ must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

☒ may be presented orally at the hearing.

8.    ☒ Court appearances are required to prosecute the motion/application and any objections.

☒ Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*

3