UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
HOFFMAN & HOFFMAN
Brian L. Hoffman, Esq.
99 Highway 35
Keyport, New Jersey 07735
Tel. (732) 264-1956
Fax. (732) 264-1030
Email: brian@hoffman-hoffman.net
Attorneys for Debtor(s)

Order Filed on August 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Eugene Finnegan and Sharon Finnegan

| | |
|---|---|
| Case No.: | 23-11113 |
| Hearing Date: | 8/7/23 |
| Chapter: | 13 |
| Judge: | CMG |

### ORDER AUTHORIZING PURCHASE OF REAL PROPERTY

Recommended Local Form:    ☐ Followed    ☒ Modified

The relief set forth on the following pages numbered two (2) and two (2), is **ORDERED**.

**DATED: August 13, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to buy the real property commonly known as _____ 16755 Sunrise Vista Dr, Clermont, Florida, 34714 (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to purchase the Real Property on the terms and conditions of the contract of sale dated July 14, 2024 attached as Exhibit 'A' to Debtors' Certification.

2. Debtors shall provide proof of homeowners' insurance to the Standing Chapter 13 Trustee as required.

3. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

4. ☐ The debtor must file a change of address and modified schedule A and B not later than 21 days after the date of this order.

5. Other provisions:

*rev.1/12/22*