UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

HOFFMAN & HOFFMAN
Brian L. Hoffman, Esq.
99 Highway 35
Keyport, New Jersey 07735
Tel. (732) 264-1956
Fax. (732) 264-1030
Email: brian@hoffman-hoffman.net
Attorneys for Debtor(s)

Order Filed on August 13, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Eugene Finnegan and Sharon Finnegan

| | |
|---|---|
| Case No.: | 23-11113 |
| Hearing Date: | 8/7/23 |
| Chapter: | 13 |
| Judge: | CMG |

### ORDER AUTHORIZING PURCHASE OF REAL PROPERTY

Recommended Local Form:    ☐ Followed    ☒ Modified

The relief set forth on the following pages numbered two (2) and two (2), is **ORDERED**.

**DATED: August 13, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

After review of the Debtor's motion for authorization to buy the real property commonly known as _____16755 Sunrise Vista Dr, Clermont, Florida, 34714 (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to purchase the Real Property on the terms and conditions of the contract of sale dated July 14, 2024 attached as Exhibit 'A' to Debtors' Certification.

2. Debtors shall provide proof of homeowners' insurance to the Standing Chapter 13 Trustee as required.

3. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

4. ☐ The debtor must file a change of address and modified schedule A and B not later than 21 days after the date of this order.

5. Other provisions:

*rev.1/12/22*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                                          Case No. 23-11113-CMG

Eugene Finnegan                                                                                                                       Chapter 13

Sharon Finnegan

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                          User: admin                          Page 1 of 2

Date Rcvd: Aug 13, 2024                Form ID: pdf903                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2024:**

**Recip ID**                **Recipient Name and Address**
db/jdb                  + Eugene Finnegan, Sharon Finnegan, 16 Concord Drive, Hazlet, NJ 07730-2431

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2024                         Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian L. Hoffman | on behalf of Joint Debtor Sharon Finnegan brian@hoffman-hoffman.net info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com |
| Brian L. Hoffman | on behalf of Debtor Eugene Finnegan brian@hoffman-hoffman.net info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com
    mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7