| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Toyota Motor Credit Corporation as servicer for Toyota Lease Trust* | Order Filed on October 2, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Eugene Finnegan<br>Sharon Finnegan<br><br>Debtors. | Chapter: 13<br><br>Case No.: 23-11113-CMG<br><br>Hearing Date: October 2, 2024<br><br>Judge Christine M. Gravelle |

**CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 2, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| Debtors: | Eugene Finnegan & Sharon Finnegan |
| Case No.: | 23-11113-CMG |
| Caption of Order: | **CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the Motion for Relief from the Automatic Stay ("Motion") filed by Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("Creditor"), and whereas the vehicle was returned to Creditor, and whereas the Parties agree to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) is terminated as to Creditor's interest in the following property: **2021 Lexus RX350L, VIN: JTJHZKFA0M2034113**.

2. Creditor has relief from the automatic stay to take any and all steps necessary to exercise any and all rights it may have in the above vehicle.

3. The 14-day stay under Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived by entry of this Order.

**STIPULATED AND AGREED:**

| | |
|---|---|
| *[signature]*<br>Brian L. Hoffman, Esq.<br>Hoffman & Hoffman<br>99 Highway 35<br>Keyport, NJ 07735<br>*Counsel to Debtor* | */s/ Gavin N. Stewart*<br>Gavin N. Stewart, Esq.<br>Stewart Legal Group, P.L.<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>*Counsel to Creditor* |