| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with**<br>**D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Toyota Motor Credit Corporation as servicer for Toyota Lease Trust* | **Order Filed on October 2, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>Eugene Finnegan<br>Sharon Finnegan<br><br>                                    Debtors. | Chapter: 13<br><br>Case No.: 23-11113-CMG<br><br>Hearing Date: October 2, 2024<br><br>Judge Christine M. Gravelle |

**CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 2, 2024**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtors:          Eugene Finnegan & Sharon Finnegan
Case No.:         23-11113-CMG
Caption of Order: **CONSENT ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion for Relief from the Automatic Stay ("Motion") filed by Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("Creditor"), and whereas the vehicle was returned to Creditor, and whereas the Parties agree to resolve the Motion, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) is terminated as to Creditor's interest in the following property: **2021 Lexus RX350L, VIN: JTJHZKFA0M2034113**.

2. Creditor has relief from the automatic stay to take any and all steps necessary to exercise any and all rights it may have in the above vehicle.

3. The 14-day stay under Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived by entry of this Order.

**STIPULATED AND AGREED:**

_____                    /s/ Gavin N. Stewart
Brian L. Hoffman, Esq.                             Gavin N. Stewart, Esq.
Hoffman & Hoffman                                  Stewart Legal Group, P.L.
99 Highway 35                                      401 East Jackson Street, Suite 2340
Keyport, NJ 07735                                  Tampa, FL 33602
*Counsel to Debtor*                                *Counsel to Creditor*

2

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 23-11113-CMG
Eugene Finnegan  Chapter 13
Sharon Finnegan
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 02, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Eugene Finnegan, Sharon Finnegan, 16 Concord Drive, Hazlet, NJ 07730-2431 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2024          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian L. Hoffman | on behalf of Joint Debtor Sharon Finnegan brian@hoffman-hoffman.net info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com |
| Brian L. Hoffman | on behalf of Debtor Eugene Finnegan brian@hoffman-hoffman.net info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

Gavin Stewart
    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
    on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 7