**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Eugene Finnegan  <br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2393  <br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2  <br>(Spouse, if filing) | Sharon Finnegan  <br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6600  <br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   23–11113–CMG

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eugene Finnegan                Sharon Finnegan

12/5/24                **By the court:** Christine M. Gravelle
                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 23-11113-CMG

Eugene Finnegan                                                                                                  Chapter 13

Sharon Finnegan

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                                           User: admin                                         Page 1 of 3

Date Rcvd: Dec 05, 2024                              Form ID: 3180W                             Total Noticed: 46

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#                Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Eugene Finnegan, Sharon Finnegan, 16 Concord Drive, Hazlet, NJ 07730-2431 |
| aty | + | Brian L Hoffman, Hoffman & Hoffman, 99 Highway 35, Keyport, NJ 07735-6111 |
| r | | Larissa Colangelo, RE MAX Realty 9, 4043 US-9, Howell Township, NJ 07731 |
| r | + | Richard Lello, Heritage House Sotheby's Intl. Realty, 1020 Highway 35, Middletown, NJ 07748-2604 |
| 519834778 | | Achieve Personal Loans, PO Box 2340, Phoenix, AZ 85002-2340 |
| 519834781 | | Aqua Finance - Bank Program, PO Box 83184, Chicago, IL 60691-0184 |
| 519834795 | | Premier Medical, PLLC, PO Box 141296, Staten Island, NY 10314-1296 |
| 519834796 | | Stand-Up MRI of Staten Island PC, PO Box 127, Farmingdale, NY 11735-0127 |
| 519834797 | | Staten Island University Hospital, PO Box 29772, New York, NY 10087-9772 |
| 519834798 | | Suying Song, 212 Garretson Avenue, Staten Island, NY 10305-1234 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 05 2024 20:37:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 05 2024 20:37:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PHINAMERI.COM | Dec 06 2024 01:26:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| cr | ^ | MEBN | Dec 05 2024 20:36:30 | Toyota Motor Credit Corporation, PO Box 340514, Tampa, FL 33694-0514 |
| 519838630 | + | EDI: PHINAMERI.COM | Dec 06 2024 01:26:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 519834779 | ^ | MEBN | Dec 05 2024 20:35:41 | Advanced Dermatology, c/o Debt Recovery Solutions, 6800 Jericho Turnpike, Suite 113E, Syosset, NY 11791-4401 |
| 519834782 | | EDI: CITICORP | Dec 06 2024 01:25:00 | Best Buy Credit Services, PO Box 70601, Philadelphia, PA 19176-0601 |
| 519834784 | | EDI: CAPIO.COM | Dec 06 2024 01:26:00 | CF Medical LLC, c/o Capio Partners LLC, Dept. 0225, PO Box 120225, Dallas, TX 75312-0225 |
| 519834783 | + | EDI: CAPITALONE.COM | Dec 06 2024 01:25:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519863819 | + | EDI: AIS.COM | Dec 06 2024 01:26:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519834785 | | EDI: CITICORP | Dec 06 2024 01:25:00 | Citi Cards, PO Box 790046, Saint Louis, MO 63179-0046 |
| 519882118 | | EDI: CITICORP | Dec 06 2024 01:25:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519834787 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 05 2024 20:52:54 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519834788 | + | EDI: PHINAMERI.COM | Dec 06 2024 01:26:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 519834789 | ^ | MEBN | Dec 05 2024 20:37:03 | Hackensack Meridian Health, PO Box 8505, Coral Springs, FL 33075-8505 |
| 519865450 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2024 20:52:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519896832 | ^ | MEBN | Dec 05 2024 20:35:45 | Lakeview Loan Servicing, LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 519834790 | + | EDI: LENDNGCLUB | Dec 06 2024 01:25:00 | Lending Club, 71 Stevenson, Suite 300, San Francisco, CA 94105-2985 |
| 519890349 | + | EDI: LENDNGCLUB | Dec 06 2024 01:25:00 | LendingClub Bank, NA, P.O. BOX 884268, Los Angeles, CA 90088-4268 |
| 519834791 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 05 2024 20:36:00 | Lexus Financial Services, PO Box 4102, Carol Stream, IL 60197-4102 |
| 519834792 | | Email/Text: camanagement@mtb.com | Dec 05 2024 20:37:00 | M&T Bank, PO Box 619063, Dallas, TX 75261-9063 |
| 519844365 | + | EDI: NFCU.COM | Dec 06 2024 01:26:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 519834793 | + | EDI: NFCU.COM | Dec 06 2024 01:26:00 | Navy Federal Credit Union, PO Box 3500, Merrifield, VA 22119-3500 |
| 519834794 | + | Email/Text: Bankruptcy@arstrat.com | Dec 05 2024 20:36:00 | North Shore-LIJ Medical Group, c/o Arstrat, 14141 Southwest FWY STE 300, Sugar Land, TX 77478-4630 |
| 519913136 | | EDI: PRA.COM | Dec 06 2024 01:26:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519913137 | | EDI: PRA.COM | Dec 06 2024 01:26:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519851025 | | EDI: Q3G.COM | Dec 06 2024 01:26:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519851934 | + | Email/Text: bankruptcy@avadynehealth.com | Dec 05 2024 20:36:00 | STATEN ISLAND UNIVERSITY HOSP, C/O H AND R ACCOUNTS INC, PO BOX 672, MOLINE, IL 61266-0672 |
| 519896094 | + | EDI: AIS.COM | Dec 06 2024 01:26:00 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519835449 | ^ | MEBN | Dec 05 2024 20:37:27 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519834799 | | EDI: SYNC | Dec 06 2024 01:25:00 | Synchrony Bank Lowes, PO Box 530914, Atlanta, GA 30353-0914 |
| 519834800 | + | EDI: SYNC | Dec 06 2024 01:25:00 | Synchrony Bank/Amazon, PO Box 960013, Orlando, FL 32896-0013 |
| 519834801 | + | EDI: SYNC | Dec 06 2024 01:25:00 | Synchrony Bank/JCP, PO Box 965064, Orlando, FL 32896-5064 |
| 519834803 | + | EDI: SYNC | | |

| Recip ID | Bypass Reason | | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 06 2024 01:25:00 | TJX Rewards/ Syncb, PO Box 530949, Atlanta, GA 30353-0949 |
| 519834802 | + | EDI: WTRRNBANK.COM | Dec 06 2024 01:26:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 519860800 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 05 2024 20:36:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |

TOTAL: 36

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519844342 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 519834780 | *+ | Advanced Dermatology, c/o Debt Recovery Solutions, 6800 Jericho Turnpike, Suite 113E, Syosset, NY 11791-4401 |
| 519834786 | * | Citi Cards, PO Box 790046, Saint Louis, MO 63179-0046 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 07, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian L. Hoffman | on behalf of Joint Debtor Sharon Finnegan brian@hoffman-hoffman.net info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com |
| Brian L. Hoffman | on behalf of Debtor Eugene Finnegan brian@hoffman-hoffman.net info@hoffman-hoffman.net;hoffmangr91280@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Gavin Stewart | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 7